UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61702-CIV-SMITH

JARYN MISSICK,

       Plaintiff,

vs.

UNITED HARDWARE SUPPLY, INC.,

       Defendant.
_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment [DE 20], indicating that Plaintiff has accepted Defendant's Offer of Judgment. Upon consideration, it is hereby

**ORDERED** that:

1. This matter is **REFERRED** to Magistrate Judge Reid for purposes of conducting a fairness hearing pursuant to *Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is administratively **CLOSED**.

DONE and ORDERED in Fort Lauderdale, Florida, this 22nd day of November, 2022.

*[signature]*

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record