UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61702-REID

JARYN MISSICK, on behalf of himself and all others similarly situated,

  Plaintiff,

v.

UNITED HARDWARE SUPPLY, INC.,

  Defendant.

_____/

## ORDER APPROVING SETTLEMENT

  This cause is before the Court on Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment (the "Notice of Acceptance") [ECF No. 20] and Joint Notice of Resolution as to Attorney's Fees and Costs (the "Notice of Resolution") [ECF No. 22]. The parties have consented to magistrate judge jurisdiction. [ECF No. 26]. The Court has conducted a Fairness Hearing and has considered the terms of the parties' agreement to settle Plaintiff's claims (the "Agreement") as described in Plaintiff's Notice of Acceptance and Notice of Resolution. [ECF No. 27].

  This case involves claims of unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect

1

a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there is a bona fide legal and factual dispute of the FLSA provisions, and both parties were represented by counsel. The Court has reviewed the terms of the Agreement, including the amount Plaintiff will receive and the attorney's fees and costs to be received by counsel, and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including attorney's fees and costs) is hereby **APPROVED**, and the case be **DISMISSED WITH PREJUDICE**. The Court will **retain jurisdiction for 30 days following the date of entry of this Order**, to enforce the terms of the Settlement.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of December 2022.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **All Counsel of Record**